```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UMB BANK, N.A., solely in its capacity as Successor Trustee under the Trust Indenture dated September 20, 2017 regarding €500,000,000 5.250% Senior Notes due 2024 issued by Intralot Capital Luxembourg S.A.,

Plaintiff,

-against-

INTRALOT CAPITAL LUXEMBOURG S.A., INTRALOT S.A, INTRALOT GLOBAL HOLDINGS B.V., INTRALOT, INC., INTRALOT US SECURITIES B.V., INTRALOT U.S. HOLDINGS B.V., and THE LAW DEBENTURE TRUST CORPORATION P.L.C., SOLELY IN ITS CAPACITY AS SECURITY AGENT,

Defendants.

1:22-cv-03246 (MKV)

ORDER SETTING DEADLINES

---

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed an Amended Complaint on July 8, 2022. [ECF No. 17]. Defendants' response is due July 22, 2022. *See* Fed. R. Civ. P. 15(a)(3). The parties jointly request, by means of a Stipulation and Proposed Order, an extension of this deadline to August 29, 2022. [ECF No. 18].

IT IS HEREBY ORDERED that the parties' request is GRANTED IN PART. Defendants' deadline to answer or otherwise respond to the Amended Complaint is extended from July 22, 2022 to August 8, 2022. Absent exceptional circumstances, the Court will not further extend this deadline.

**SO ORDERED.**

Date:   July 14, 2022
        New York, NY

_____
**MARY KAY VYSKOCIL
United States District Judge**

1